UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                     Case No. 04-CR-241

NING WEN (a/k/a Wen Ning), and
HAILIN LIN (a/k/a Lin Hailin)

        Defendants.

---

## PRELIMINARY ORDER OF FORFEITURE

---

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 982, Title 21, United States Code, Section 853, and upon the entry of a Stipulation and Settlement Agreement ("Stipulation");

IT IS HEREBY ORDERED that any right, title and interest of the defendants in the properties described below is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 982 and Title 21, United States Code, Section 853:

1.     $329,826.70 of funds seized from account number 2203003690, at Associated Bank, N.A., Manitowoc, Wisconsin, in the name of Wen Enterprises, and

2.     the real property at 402 Wild Oak Drive, Manitowoc, Wisconsin.

IT IS FURTHER ORDERED that the balance of funds seized from account number 2203003690, in excess of the amount listed above, be deposited into an interest-bearing client trust account held by the law firm of Glynn, Fitzgerald, Albee and Strang, and that those funds not be released directly to the defendants until Mr. Wen and Ms. Lin report to the custody of the Bureau of Prisons.

IT IS FURTHER ORDERED that the following items be dismissed from the Superseding Indictment as they relate to defendant Lin, and from the Third Superseding Indictment as they relate to defendant Wen:

1. the balance of funds in account number 2207010105 maintained at Associated Bank, in the name of Ning Wen or Hailin Lin;

2. the balance of funds in SEP IRA account number 2908064261 maintained at Associated Bank, in the name of Ning Wen;

3. the balance of funds in SEP IRA account number 2908062277 maintained at Associated Bank in the name of Ning Wen;

4. the balance of funds in account number 6006015969 maintained at First Federal Capital Bank in the name of Hailin Lin or Ning Wen; and

5. the balance of funds in account number 3008038475 maintained at First Federal Capital Bank in the name of Hailin Lin or Ning Wen.

IT IS FURTHER ORDERED that the balance of funds frozen in account # 2207010105 maintained at Associated Bank, be unfrozen and deposited into an interest-bearing client trust account held by the law firm of Glynn, Fitzgerald, Albee and Strang, and that those funds not be released directly to the defendants until Mr. Wen and Ms. Lin report to the custody of the Bureau of Prisons.

IT IS FURTHER ORDERED that the freezing order against the SEP IRA and First Federal Capital Bank accounts remain in effect, pursuant to the Order Freezing Bank Accounts entered by this Court on November 10, 2004, until further order of this Court.

IT IS FURTHER ORDERED that $329,826.70 shall be seized forthwith by the United States Marshal for the Eastern District of Wisconsin, or its duly authorized representative.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the properties according to law.

IT IS FURTHER ORDERED that this Order be incorporated by reference in the respective Judgment and Commitment Orders.

Dated at Green Bay, Wisconsin, this __14th__ day of December, 2005.

s/ William C. Griesbach
HONORABLE WILLIAM C. GRIESBACH
UNITED STATES DISTRICT JUDGE
