UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        Plaintiff,

     v.                                    Case No. 04-CR-241

NING WEN (a/k/a Wen Ning), and
HAILIN LIN (a/k/a Lin Hailin)

        Defendants.

_____

**AMENDED PRELIMINARY ORDER OF FORFEITURE**
_____

Based on the plaintiff's Motion to Amend Preliminary Order of Forfeiture, it is hereby

ORDERED AND ADJUDGED:

That the last paragraph on page two of the Preliminary Order of Forfeiture filed on

December 14, 2005, shall be amended to read

"IT IS FURTHER ORDERED that $329,826.70 shall be seized forthwith by the Department
of Treasury, Internal Revenue Service, or its duly authorized representative."

In all other respects, the Court's Order filed on December 14, 2005, in this matter shall

remain unaltered and unchanged.

Dated at Green Bay, Wisconsin, this   21st   day of December, 2005.


                                s/ William C. Griesbach
                                HONORABLE WILLIAM C. GRIESBACH
                                United States District Court Judge