# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 04-CR-241

NING WEN and HAILIN LIN, et al

    Defendant.

## ORDER

Defendants Ning Wen and Hailin Lin have been convicted and sentenced in the above matter. As part of their sentences, each was ordered to pay a $50,000 fine. Each of these defendants had been released on cash bond of $100,000 deposited with the court on October 6, 2004, at the inception of the case. The parties have now advised the court that they agree to have the fines paid from the cash bond that was posted on their behalf with the balance to be returned to their daughter, Sharon Wen, so that it can be deposited in their bank account. The government has filed a motion requesting that the fine and special assessments be deducted from the posted bond.

Based upon the agreement of the parties, the court hereby grants defendants' request and directs that the fines imposed in the above matter on Ning Wen and Hailin Lin be paid out of the bond that was posted on their behalf. In addition, the court grants the request of the government that $900.00 in special assessments for Ning Wen and $200.00 in special assessments for Hailin Lin be

paid from the cash bond posted on their behalf. The balance shall be returned to their daughter pursuant to their directions.

**SO ORDERED** this    20th    day of January, 2006.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach
                                                    United States District Judge