UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                    Plaintiff,                    Case No. 04-CR-241

            vs.

NING WEN (a/k/a Wen Ning), and
HAILIN LIN (a/k/a Lin Hailin),

                    Defendants.

## AMENDED PRELIMINARY ORDER OF FORFEITURE

Upon the United States' Motion to Amend the Preliminary Order of Forfeiture, **IT IS HEREBY ORDERED** that the preliminary order of forfeiture be amended to allow the Department of Homeland Security to seize the real property located at 402 Wild Oak Drive, Manitowoc, Wisconsin, and to maintain custody of the real property located at 402 Wild Oak Drive, Manitowoc, Wisconsin, until the Final Order of Forfeiture. The Department of Homeland Security shall take custody of the real property on or about January 23, 2006.

Dated at Green Bay, Wisconsin, this __23rd__ day of January, 2006.

                          s/ William C. Griesbach
                          HONORABLE WILLIAM C. GRIESBACH
                          United States District Judge