UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

___

UNITED STATES OF AMERICA,

        Plaintiff,                  Case No. 04-CR-241

    vs.

NING WEN (a/k/a Wen Ning), and
HAILIN LIN (a/k/a Lin Hailin),

        Defendants.

___

## PARTIAL FINAL ORDER AND JUDGMENT
___

    The Court, having considered the motion of the United States of America together with the affidavit of Assistant United States Attorney Erica N. O'Neil, and being satisfied that the terms and provisions of Title 18, United States Code, Section 982 and Title 21, United States Code, Section 853 have been satisfied,

    IT IS ORDERED, pursuant to Title 18, United States Code, Section 982 and Title 21, United States Code, Section 853, that the United States of America has clear title to the following property and may dispose of according to law:

1.     $329,826.70 of funds seized from account number 2203003690, at Associated Bank, N.A., Manitowoc, Wisconsin, in the name of Wen Enterprises

    Dated at Green Bay, Wisconsin, this __28th__ day of March, 2006.

                                                  s/ William C. Griesbach
                                                  HONORABLE WILLIAM C. GRIESBACH
                                                  United States District Judge